IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KATHY BORGES,<br><br>                Plaintiff,<br><br>    v.<br><br>ANDREW SAUL, Commissioner of Social Security,<br><br>                Defendant. | CASE NO. 1:20-cv-01632-GSA<br><br>MOTION FOR WAIVER OF REQUIREMENT FOR DEFENDANT TO FILE PAPER COPY OF CERTIFIED ADMINISTRATIVE RECORD WITH THE COURT; ORDER<br><br>(Doc. 15) |

      Defendant Andrew Saul, Commissioner of Social Security, hereby moves for waiver of the Court's requirement to file a hard copy of the Certified Administrative Record (Dkt. 7-1 at 1). Due to the COVID-19 health emergency, Defendant is presently unable to produce a hard copy of the record to comply with the Scheduling Order. Accordingly, the Commissioner respectfully requests that the Court excuse him from the requirement.

Dated: May 7, 2021                        Respectfully submitted,

                                                PHILLIP A. TALBERT
                                                Acting United States Attorney

                                                */s/ Jeffrey J. Lodge*
                                                JEFFREY J. LODGE
                                                Assistant U.S. Attorney

IT IS SO ORDERED.

    Dated:  **May 7, 2021**                    **/s/ Gary S. Austin**
                                                UNITED STATES MAGISTRATE JUDGE

1